PashmanStein

**James W. Boyan III**
Attorney at Law
jboyan@pashmanstein.com
Direct: 201.270.4935

December 23, 2014

**VIA ELECTRONIC FILING**

Hon. Stanley R. Chesler, U.S.D.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office and Courthouse
50 Walnut Street
Newark, NJ 07101

Dear Judge Chesler:

    Re:    **Henry v. Express Scripts Holding Company**
             **Civil Action No. 14-2979 (SRC)**

This firm represents Plaintiff Roberta Henry in the above-referenced matter. We write in support of Plaintiff's request for an extension of time to file a Reply in Further Support of Plaintiff's Motion for Conditional Certification. We respectfully request a four-day extension of time for Plaintiff to file her Reply which would make the new deadline **Friday, January 2, 2015**. Defendant has consented to this request. We respectfully request that Your Honor "So Order" this request.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

*James W. Boyan, III*

James W. Boyan III

cc:    Stephen Payerle, Esq. (via electronic filing)

Pashman Stein, PC
21 Main Street, Suite 100
Hackensack, NJ 07601
Phone: 201.488.8200
Fax: 201.488.5556
www.pashmanstein.com